# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

## MINUTES OF CIVIL JURY/NON JURY TRIAL

**Presiding Judicial Official** Terry I. Adelman   **Date** 4/12/12   **Trial Day** 4   **Case No.** 4:09cv1977-TIA

Angela Marie Lee   Vs.   Albert Lee Borders

Parties present for ☒ JURY TRIAL   ☐ NON JURY TRIAL _____

Court Reporter Teri Hopwood   Deputy Clerk Kara Scheele

Attorney(s) for Plaintiff(s) Derek Rudman, Douglas Rudman, Timothy Smith

Attorney(s) for Defendant(s) Dana Tucker, Robert Isaacson

☐ Jury impaneled and sworn.   ☐ Opening Statement(s) of ☐ Plaintiff(s) ☐ Defendant(s) made.

☐ Plaintiff(s) evidence ☐ commenced ☐ resumed ☐ and ☐ but not ☐ concluded.

☐ Defendant(s) evidence ☐ commenced ☐ resumed ☐ and ☐ but not ☐ concluded.

☐ Plaintiff(s) evidence in rebuttal ☐ commenced ☐ resumed ☐ and ☐ but not ☐ concluded.

☐ Defendant(s) evidence in surrebuttal ☐ commenced ☐ resumed ☐ and ☐ but not ☐ concluded.

☐ Oral ☐ Written Motion for Judgment as a Matter of Law at close of ☐ pltf's case ☐ deft's case

☐ filed ☐ made/argued by ☐ pltf(s) ☐ deft(s) ☐ _____ and is

☐ Overruled/Denied ☐ Sustained ☐ Court's ruling reserved ☐ taken under submission ☐ taken with the case.

☐ Closing Arguments of counsel made.   ☐ Case taken under advisement.

☐ (Simultaneous) briefs due _____.   ☐ Case is settled. Dismissal papers due _____.

☐ Jury charged and retires to consider its verdict(s) at ___ am/pm   ☐ Verdict(s) returned at ___ am/pm

☐ Jury having been given a special verdict in the form of written interrogatories for finding of fact, retires to consider its verdict(s) at ___ am/pm   ☒ Verdict(s) returned at 11:45 am/pm

☐ Jury unable to agree upon its verdict(s) by ___ am/pm is excused to resume deliberations ___ at ___ am/pm

☐ The Court declares a MISTRIAL.   ☐ Trial is reset _____.

☐ On motion of ☐ plaintiff ☐ defendant ☐ Court the jury is polled.

☐ Proceedings to continue ___ at ___ am/pm

☐ Judgment is entered accordingly this date.   ☐ Depositions ☐ Exhibits retained by ☐ Court ☐ Counsel.

Jury continued deliberations at 9:15 AM.

**PROCEEDINGS COMMENCED:** 9:20   **CONCLUDED:** 12:00